[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-13594
Non-Argument Calendar

_____

D.C. Docket No. 1:12-cr-20452-KMM-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GILBERTO SANTIESTEBAN, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 27, 2014)

Before TJOFLAT, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Manuel Gonzalez, Jr., appointed counsel for Gilberto Santiesteban, Sr. in

this direct criminal appeal, has moved to withdraw from further representation of

Santiesteban and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santiesteban's conviction and sentence are **AFFIRMED**.  The government's motion to dismiss the appeal pursuant to Santiesteban's sentence-appeal waiver is **DENIED AS MOOT**.